**Eugene L. GAGNER**

v.

**Demetra STREKOURAS et al.**

No. 78–308–A.

Supreme Court of Rhode Island.

March 20, 1980.

Everett A. Petronio, Johnston, for plaintiff.

Richard T. Linn, Providence, for defendants.

ORDER

This case is assigned to the April, 1980 *show cause* calendar. The plaintiff is directed to appear and show cause why this case should not be remanded to the Superior Court for further proceedings which may include, within that court's sound discretion, the entry of judgment accompanied by a Rule 54(b) certificate.

■

**Sebastian MILARDO**

v.

**The COASTAL RESOURCES MANAGEMENT COUNCIL et al.**

No. 79–245–A.

Supreme Court of Rhode Island.

March 20, 1980.

Hogan & Hogan, Thomas S. Hogan, Donald J. Packer, Providence, for plaintiff.

Goldman, Biafore & Hines, Dennis H. Esposito, Providence, for Coastal Resources Management Council of Rhode Island.

R. Daniel Prentiss, Chief Legal Counsel, Department of Environmental Management, Providence, for defendants.

ORDER

This case is assigned to the May, 1980 *show cause* calendar. The plaintiff is directed to appear and show cause why this appeal should not be dismissed since review of the Superior Court decision in this case should have been sought by petition for certiorari.

■

**STATE**

v.

**Ronald BROWN.**

No. 79–152–C.A.

Supreme Court of Rhode Island.

March 20, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

John F. Cicilline, Providence, for defendant.

ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Monday, May 5, 1980 at 9:30 a. m. for oral argument.